UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Tracey Noone

Case No.: 19-20077/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___August 20, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
33 Candlewood Drive
Mantua, NJ
FMV - $254,900.00

Liens on property:
Midfirst Mtg - $263,189.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-20077-JNP
Tracey Noone                                                                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 19, 2019
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db           +Tracey Noone,    33 Candlewood Drive,    Mantua, NJ 08051-2124
518252929     Advocare Surg Spec of Wash Twp,    PO Box 3001,   Voorhees, NJ 08043-0598
518252931    #+Edward J. Noone,    33 Candlewood Drive,   Mantua, NJ 08051-2124
518252932    #+Edward Noone,   33 Candlewood Drive,    Mantua, NJ 08051-2124
518252933    +Finance Of America, LLC,    c/o Phelan Hallinan Diamond & Jones, PC,
               400 Fellowship Road Suite 100,   Mount Laurel, NJ 08054-3437
518252934     Kennedy University Hospital,    PO Box 1280,   Oaks, PA 19456-1280
518252936     MidFirst Bank,    KML Law Group, PC,   216 Haddon Avnenue,    Westmont, NJ 08108
518252937     Midland Mortgage,    PO Box 268888,   Oklahoma City, OK 73126-8888
518252940     Nissan Motor Acceptance Corporation,    Po Box 740596,   Cincinnati, OH 45274-0596
518252942     Radiology Associates of New Jersey, P.C.,    28075 Network Place,   Chicago, IL 60673-1280
518252943    +Royal Oaks Phase IV HOA,    c/o Budd Property Management,    901 Cooper Street,
               Deptford, NJ 08096-2572
518252944    +Sanford Schmidt, Esquire,    710 E. Main Street, Suite 2B,    Moorestown, NJ 08057-3066
518252946    +Wells Fargo Financial Card,    PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2019 00:30:01    U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2019 00:29:57    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518252930     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 00:39:07
               Capital One Card Services,    PO Box 71107,   Charlotte, NC 28272-1107
518252939    +E-mail/Text: electronicbkydocs@nelnet.net Jul 20 2019 00:30:04    Nelnet,    P.O. Box 82561,
               Lincoln, NE 68501-2561
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518252928      401K Loan
518252941      Parent Plus Loan
518252945      Student Loan
518252935*     Kennedy University Hospital,    PO Box 1280,   Oaks, PA 19456-1280
518252938*    +Midland Mortgage,    PO Box 268888,   Oklahoma City, OK 73126-8888
518252947*    +Wells Fargo Financial Card,    PO Box 14517,   Des Moines, IA 50306-3517
                                                                                   TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                      Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
          David A. Thatcher    on behalf of Debtor Tracey  Noone dthatcher@thatcherpassarella.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5