# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−20077−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracey Noone
   33 Candlewood Drive
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−4044

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: August 15, 2019
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Tracey Noone  
      Debtor

Case No. 19-20077-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Aug 15, 2019  
                      Form ID: finmgtc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.  
db         +Tracey Noone,   33 Candlewood Drive,   Mantua, NJ 08051-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235

                                                                                                                             TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:  
          David A. Thatcher   on behalf of Debtor Tracey  Noone dthatcher@thatcherpassarella.com  
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joseph Marchand   jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
          Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 5